No. 01–610. ALI *v.* HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–611. BROWN *v.* WHEAT FIRST SECURITIES, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–612. BROWN ET UX. *v.* CICHERSKI ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–643. HILVETY *v.* WORLD OF POWERSPORTS, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–646. KRIZEK ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 01–683. REEVES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–689. PARKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5572. DOUBLE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6140. BARROW *v.* WELLS, WARDEN. Sup. Ct. Ill. Certiorari denied.

No. 01–6161. WESTON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 01–6695. ALLEN *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–6696. BROMLEY *v.* HALL, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–6699. OBREMSKI *v.* THOMPSON, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 01–6702. JOHNSON *v.* JOHNSON ET AL. Ct. App. Mich. Certiorari denied.